In the Matter of the Claim of VINCENT C. LEATHAM, Respondent, against THURSTON & BRAIDICH et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Argued December 3, 1942; decided January 14, 1943.

*Charles P. Barre* for appellants.

*John J. Bennett, Jr., Attorney-General (John F. Loehr* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.